

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-15-00437-CV

Larry A. **VICK** and Linda H. Vick,
Appellants

v.

**FLORESVILLE INDEPENDENT SCHOOL DISTRICT**, City of Floresville, Wilson County,
Linebarger Goggan Blair & Sampson, LLP, Rashay K. Chapa, Wilson County Appraisal District,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-08-0504-CVW-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

The panel has considered the appellants' motion for rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court